IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Naila Crawford and Denise Carroll,<br><br>                              Plaintiffs,<br><br>v.<br><br>Dollar Tree Stores, Inc.,<br><br>                              Defendant. | C/A No. 0:24-cv-3563-SAL<br><br><br><br>**ORDER** |

      This matter is before the court for review of the July 17, 2025, Report and Recommendation of United States Magistrate Judge Shiva V. Hodges (the "Report"), made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B) (D.S.C.). In the Report, the magistrate judge recommends dismissal of Plaintiff Denise Carroll's claims pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. [ECF No. 32.] Attached to the Report was the Notice of Right to File Objections. *Id.* at 4. Plaintiff did not file objections to the Report, and the time for doing so has lapsed.

      The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

## CONCLUSION

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, Plaintiff Carroll's claims are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b). Defendant's motion to dismiss, ECF No. 28, is terminated as **MOOT**.

**IT IS SO ORDERED.**

August 5, 2025                                          Sherri A. Lydon
Columbia, South Carolina                         United States District Judge